# Exhibit C



Residential ⌄ | Commercial | Environmental ⌄ | Packages | Who We Serve ⌄ | Resources ⌄

✖ Preferred Contractors
📞 Call to Order | 📅 Book Online

## Residential
# Roof Certification



Enjoy peace of mind with a **roof certification** from our qualified professionals at the Elite Group! We offer an in-depth analysis of Southern California roofs to ensure that you are not surprised by any **costly defects** later down the line. Our **roofing certifications** are good for between two and five years, so you can rest easy knowing that your new home is covered!

More in-depth than the **roofing inspection** performed with our standard home inspection packages, our roof certification inspection service conveniently includes everything you need for a **safe roof**. If we discover any issues that we can't fix on the spot, we will provide you with a full report of required repairs as well. Peace of mind has never been more affordable!

[Our Packages]

## What is a Roof Certification?

A **roof certification** begins with an inspection of the roofing material and underlayment for **damage or defect**. During the inspection, **minor maintenance** will be done at no additional cost, such as setting slipped tiles or sealing flashings. If no other work is required in order to certify the roof, the **roof certification** will be issued at this time with a full report. If other work is required for the certification a proposal with pictures and full descriptions of **defects** and required work will be prepared. After all roof defects are corrected the **roof certification** will be issued.

*Note: If additional work is required the cost of the inspection/certification will not be added to the additional invoice and will be deducted from the final cost.*



[📅 Book My Inspection]

## Roof Certification Frequently Asked Questions

**➖ What do your inspectors look for during a roof certification inspection?**

We look for signs of deferred maintenance, roofing material failure, improper installation, or out of date installation techniques.

**➖ What issues do you most frequently discover during roof inspections?**

We often find worn shingles, slipped tiles, and cracked sealants at the flashing which can allow water into the home.

**➖ What do I get with my roof inspection?**

We provide you with a detailed written report and roof certification that you can use to help sell your home or to add peace of mind when you purchase a new home!

**➖ How long should my roof last?**

We can help you determine the lifespan of your roof with our roof certification inspection! Slate roofs can last 100+ years, while tile roofing lasts between 50 and 100 years, and asphalt shingles last between 20 and 40 years.

**➖ Can you inspect my roof if I have solar panels?**

Yes, we sure can! Solar panels do not typically interfere with the inspection and roof certification process.

Ready to get started? Give us a call today! Our certified roofing inspectors deliver high-quality, documented, and honest roof certification in Southern California. Elite Group Home Inspections is your source for roof certifications!



# Hear From Our Customers

## Over 10,000 5-Star Reviews!

   

I am extremely pleased with the property inspection I recently received. Very through, very professional, and the report was prepared and delivered to my agent and me overnight! Thank you, Elite Group!

**Nakia M.**



**More Reviews**

---

**Book My Inspection**



**Elite Group Inspection**
9480 Utica Ave. Suite 608
Rancho Cucamonga, CA 91730

**(866) 918-3110**

customerservice@eliteinspections.com

### Services
- Residential Inspection
- Commercial Inspection
- Environmental Inspection
- Inspection Packages

### Service Area
- Los Angeles County
- Orange County
- Riverside County
- San Diego County
- San Bernardino County

### Resources
- Our Blog
- Client Reviews
- Sample Report
- Our Team
- Employment
- FAQ's
- Repair Pricer
- HomeBinder
- Preferred Partner Program
- Contact Us

### Follow Us

### Reviews

Over 600K Homes Inspected!
More Than **10,000** 5-Star Customer Reviews!



  







---

California's #1 Inspection Company. Delivering detailed home evaluations and peace of mind to homebuyers since 1984.

Elite Group Inspection Professionals Copyright © 2025 All Rights Reserved | Privacy