AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| NRCIA LLC, a California limited liability company; Field Gate FLP, an Oregon family limited partnership<br><br>*Plaintiff(s)*<br>v.<br>The Elite Group Property Inspection Service, Inc., a California corporation; Rocket Roofing LLC, a California limited liability company; Alan Ibarra, an individual; and DOES 1-10, inclusive<br>*Defendant(s)* | Civil Action No. 8:25-cv-02722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rocket Roofing LLC
2755 Ynez Road, Unit 110
Temecula, CA 92591

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan B. Camuti
Camuti Law Group APC
33 Brookline, Aliso Viejo, CA 92656
(949) 716-5565
nate@camutilaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                    *Signature of Clerk or Deputy Clerk*